

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00749-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  November 23, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On November 16, 2016, relator filed a petition for writ of mandamus.  The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-12457, styled *John Donohue v. City of San Antonio Police Department, et al.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.